# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-cr-00457 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| TRAVIS WILLIAMS, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge James E. Grimes, Jr. regarding the change of plea hearing of Travis Williams which was referred to the Magistrate Judge with the consent of the parties.

On August 23, 2023, the Government filed a 37 count multi-defendant Indictment, charging Defendant Travis Williams with the following: Count 1: Conspiracy to Engage in the Business of Importing, Manufacturing, or Dealing in Firearms Without a Licensee, in violation of Title 18 U.S.C. §§ 371 and 922(a)(1)(A); Count 6: Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, in violation of Title 18 U.S.C. §§ 922(a)(1)(A), and 924(a)(1)(D) and 2; Count 8: Conspiracy to Engage in Firearms Trafficking, in violation of Title 18 U.S.C. § 933(a)(1) and (3); Count 14: Trafficking in Firearms, in violation of Title 18 U.S.C. § 933(a)(1) and 2; and Count 21: Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  Defendant Travis Williams was arraigned on August 30, 2023, during which Travis Williams entered a plea of not guilty to the charges.

On April 16, 2024 Magistrate Judge James E. Grimes, Jr. received Defendant Travis Williams' plea of guilty to Count 21 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Travis Williams is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Travis Williams is adjudged guilty of Count 21 of the Indictment, with Possession of a Firearm and/or Ammunition by Convicted Felon, in violation of Title 18 U.S.C. § 922(g)(1). On April 16, 2024, this matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report, and the Court scheduled sentencing to occur on August 5, 2024. After granting Defendant's motions to reschedule, the Court set sentencing to occur on October 22, 2024, at 10:00 a.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio. Sentencing will proceed as scheduled.

IT IS SO ORDERED.

                                                             *s/David A. Ruiz*     10/22/2024
                                                            DAVID A. RUIZ
                                                            UNITED STATES DISTRICT JUDGE